**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

—————————————————————x

PEDRO LIZ, on behalf of herself and all
Others similarly situated,

           Plaintiffs,

    -against-

KAI, LLC,

          Defendant.

—————————————————————x

Civil Action No. 1:24-cv-1294

**NOTICE OF VOLUNTARY**
**DISMISSAL**

       Plaintiff Pedro Liz, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

       Dated: December 16, 2024

    By:   *Gabriel Levy*
           _____

       Gabriel A. Levy, Esq .
         *Attorney for Plaintiff*
       Gabriel A. Levy, P.C.
       1129 Northern Blvd, Ste 404
       Manhasset, NY 11030
       T: 347-941-4715
       Glevy@glpcfirm.com