UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PEDRO LIZ**, *on behalf of himself and others similarly situated*,<br><br>                    **Plaintiff**,<br><br>          -against-<br><br>**KAI, LLC.**,<br><br>                    **Defendant.** | 1:24-cv-01294 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:   December 16, 2024
              New York, New York

*[signature: Andrew T. Carter]*

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**